Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
RUTH MONTES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MONTES ) | Case No.: 2:14-cv-00626-CKD |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 16, 2014, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the March 24, 2014 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

Dated:  August 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE